UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM CURRY JR,

    Plaintiff,

v.

MARK STRONG, CATHI HARRIS, MICHAEL TRUST, PAUL TEMPOSKY, WILLIAM VAN HOOK.

    Defendants.

CASE NO. 3:16-CV-05989-RBL-DWC

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, does hereby find and ORDER.

Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore. Accordingly, plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act. The portion of the act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

1 | Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a
2 | waiver of any other cost(s) of litigation.
3 |     The Clerk is directed to mail a copy of this Order to Plaintiff.
4 |     Dated this 1st day of December, 2016.

*[signature]*

David W. Christel
United States Magistrate Judge