UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM CURRY JR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK STRONG, CATHI HARRIS, MICHAEL TRUST, PAUL TEMPOSKY, WILLIAM VAN HOOK,<br><br>　　　　　Defendant. | CASE NO. 3:16-CV-05989-RBL-DWC<br><br>ORDER REGARDING COUNSEL |

The District Court referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff William Curry, Jr. ("Plaintiff Curry"), a civil detainee proceeding *pro se* and *in forma pauperis* ("IFP"), filed this action alleging he is being forced to drink contaminated water at the Special Commitment Center ("SCC"). Dkt. 5.

Currently pending in this Court are approximately thirty cases alleging constitutional violations arising from the potable water at the SCC ("Related Cases"). *See Malone v. Strong*, 3:16-cv-5284-RBL-DWC. This Court has determined exceptional circumstances exist which allow the Court to assist Plaintiffs in all Related Cases ("Plaintiffs") in securing counsel.

Attorney Casey Arbenz was identified as an attorney willing to represent one or all IFP Plaintiffs pro bono upon entering an agreement regarding the terms of representation. Mr. Arbenz has filed a notice of appearance in several of the Related Cases.

If Plaintiff Curry chooses to be represented by counsel, the Court recommends Plaintiff Curry contact Mr. Arbenz[1] by December 23, 2016 to discuss terms of the representation and, if agreeable, enter into an attorney-client relationship. The Court, however, notes Mr. Arbenz's representation would be limited only to Plaintiff Curry's contaminated water claims.

Plaintiff Curry remains a *pro se* litigant in this case until counsel enters a notice of appearance on Plaintiff Curry's behalf. If Mr. Arbenz is retained as counsel for Plaintiff Curry, the Court anticipates a notice of appearance will be filed by January 6, 2017.

The Clerk is directed to send this Order to Plaintiff Curry and to Mr. Casey Arbenz.

Dated this 2nd day of December, 2016.

David W. Christel
United States Magistrate Judge

---

[1] Mr. Casey Arbenz, The Hester Law Group, Inc PS, 1008 S. Yakima Ave, Suite 302, Tacoma, WA 98405. Phone: (253) 272-2157.